UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:21-cr-00143-MC |
| v. | MISDEMEANOR INFORMATION |
| KATRINA TROSIAN, | 21 U.S.C. § 844(a) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Simple Possession of Controlled Substance)**
**(21 U.S.C. § 844(a))**

On or about December 2017, in the District of Oregon, the defendant **KATRINA TROSIAN**, knowingly and intentionally possessed oxycodone hydromorphone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 844(a).

Dated: April 22, 2021.

        Respectfully submitted,

        SCOTT ERICK ASPHAUG
        Acting United States Attorney

        */s/ Joseph H. Huynh*_____
        JOSEPH H. HUYNH
        Assistant United States Attorney